UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YVONNE WELP                                                                 CIVIL ACTION
                                                                                         NO. 07-8858
VERSUS

HANOVER INSURANCE COMPANY                                  SECTION M
AND BOES CONSTRUCTION

## ORDER

Before the Court is Defendant's Motion for Reconsideration (#18) which is opposed by Plaintiff, and which came for hearing on June 25, 2008, on the briefs. After consideration of the motion, the briefs and the applicable law, the Court grants the Motion for Reconsideration and denies Plaintiff's Motion to Remand.

On May 29, 2008, this Court inadvertently granted Plaintiff's Motion for Remand as unopposed, when, in fact, Defendant had filed its opposition on January 19, 2008 (#9). At oral argument on the Motion to Remand, held February 6, 2008, the Court continued the motion at the request of counsel and further ordered Plaintiff to provide the Court and Hanover with evidence supporting that the amount in controversy was below $75,000. The Motion to Remand was continued twice at the request of Plaintiff's counsel. (#12, #14). No stipulation of the amount in controversy has been filed with this Court. Accordingly, the Motion to Reconsider is **GRANTED**, and the Motion to Remand is **DENIED.**

New Orleans, Louisiana, this 25th day of June, 2008.

Peter Beer
United States District Judge